IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JEFFORY N. HUGHES ) | |
| ) | No. 3-08-0955 |
| v. ) | |
| ) | |
| JUAN MONAREZ; and PAT ) | |
| STOCKDALE ) | |

O R D E R

Counsel for the parties called the Court on July 27, 2009, at which time plaintiff's counsel advised that he had not been able to meet with the plaintiff or to take any action in accord with the order entered July 22, 2009 (Docket Entry No. 12). However, plaintiff's counsel has scheduled a meeting with the plaintiff on July 29, 2009.

Therefore, on plaintiff's request and without objection from the defendants, the time for the parties to file an agreed order of dismissal or for the plaintiff to notify the Court of what action the plaintiff or plaintiff's counsel intends to take in this case is extended from July 27, 2009, to July 30, 2009.

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge